Argued March 22, affirmed March 27, 1978

In the Matter of the Marriage of
HILL, *Respondent,*
*and*
HILL, *Appellant.*
(No. 76-785 E, CA 9238)
576 P2d 386

Jan L. Perkins, Oregon Local Legal Services, Klamath Falls, argued the cause for appellant. On the brief was Robert W. Crockett, Oregon Legal Services, Klamath Falls.

Mary Dahlgren, Marion-Polk Legal Aid Service, Inc., Salem, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Starin and Starin,* 29 Or App 557, 564 P2d 748, *rev den* (1977); *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973). No costs to either party.